# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

· 2013 DEC 11 P 4: 21 ·

K'S OFFICE
AT BALTIMORE

BY_____DEPUTY

ALLAH BURMAN, # 97337-079   *

                                   *   Civil Action No. JKB-13-3364

Petitioner   *

                                   *

v   *

                                   *

WARDEN   *

                                   *

Respondent   *

                               ***

## MEMORANDUM

On December 2, 2013, Allah Burman,[1] a federal inmate who is currently housed at the Federal Correctional Institution Gilmer, in West Virginia ("FCI Gilmer"), submitted correspondence requesting an "immediate order" from this court for unspecified relief. ECF No. 1. Burman generally claims Bureau of Prisons ("BOP") officials at FCI Gilmer are retaliating against him, denying him access to the courts, placing him in the special housing unit for no reason other than to harass him, and trying to compel him "to do things that I don't and won't consent to." ECF No. 1. Burman states that he feels his life and safety are in danger, although he does not provide specific facts in support of this claim.

Burman is housed in West Virginia and the incidents and conditions he alleges occurred there as well. To the extent he is requesting habeas corpus relief under 28 U.S.C. § 2241 - and this matter will be so treated - subject matter jurisdiction lies in the federal district court where petitioner is incarcerated or in the federal district court where the petitioner's custodian is located. *See Rumsfield v. Padilla,* 542 U.S. 426, 434-35 (2004); *Braden v. 30th Judicial Circuit*

---

[1] Burman is serving a 360-month sentence for possession of cocaine with intent to distribute and conspiring to distribute more than 5 kilograms of cocaine. *See United States v. Burman,* Criminal Action No. JKB-01-0115 (D. Md. 2003). Burman's Motion to Vacate, Set Aside or Correct under 28 U.S.C. § 2255, filed on October 2, 2013, is under review. *See Burman v. United States*, Civil Action No. JKB-13-2980.

*Court of Kentucky*, 410 U.S. 484, 488–89 (1973); *United States v. Poole*, 531 F.3d 263, 271 (4th Cir. 2008). In this case, Burman's custodian is the Warden at FCI Gilmer, and that institution is located in the judicial district of the United States District Court for the Northern District of West Virginia.

Further, if Burman's intent is to bring a *Bivens* [2] action, venue over a *Bivens* action is proper in the district where any defendant resides, where a substantial part of the events or omissions giving rise to the claim occurred, or where any defendant may be found. *See* 28 U.S.C. § 1391(b). The District of Maryland is not the proper judicial district to bring a *Bivens* claim based on Burman's allegations.

Accordingly, the court will dismiss this case without prejudice for lack of jurisdiction so that Burman may present his allegations in the proper judicial district. [3] A separate order follows this memorandum.

_Dec. 11, 2013_
Date

_James K. Bredar_
James K. Bredar
United States District Judge

---

[2] *See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971) (allowing for an action against federal employees for violations of constitutionally protected rights).

[3] This court expresses no opinion in regard to the merits of Burman's claims. The United States District Court for the Northern District of West Virginia may be contacted at 217 W. King Street, Room 102, Martinsburg, West, Virginia 25401. The telephone number is (304) 267-8225.